JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INTERNET VIDEO ARCHIVE, LLC, et al.,<br><br>Defendants. | Case No.: 2:20-cv-05896-AB-JPR<br>*Hon. Andre Birotte, Jr. Presiding*<br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

FOR GOOD CAUSE APPEARING, THE COURT ORDERS:

1. The action is **dismissed with prejudice**; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: January 13, 2021     By: _____
                                                      HON. ANDRE BIROTTE, JR.
                                                      UNITED STATES DISTRICT JUDGE